**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL WOODS, | No. 09-56373 |
| Petitioner - Appellant, | D.C. No. 8:06-cv-00069-AG-JWJ |
| v. | |
| DERRAL G. ADAMS, Warden, Substance Abuse Treatment Facility and State Prison, | MEMORANDUM* |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the Central District of California
Andrew J. Guilford, District Judge, Presiding

Argued and Submitted April 15, 2011
Pasadena, California

Before: KOZINSKI, Chief Judge, D.W. NELSON and BYBEE, Circuit Judges.

The district court did not err in denying Woods's petition for a writ of

habeas corpus. The California Court of Appeal's conclusion that Woods had failed

to establish prejudice because he was able to get virtually all of Sheridan's

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

statements into evidence through other witnesses was not unreasonable. *See*

*United States v. Valenzuela-Bernal*, 458 U.S. 858, 867 (1982).

The California Court of Appeal's determination that the trial court properly

permitted Sheridan to claim his Fifth Amendment privilege was similarly not in

error. *See Mitchell v. United States*, 526 U.S. 314, 326 (1999) ("Where the

sentence has not yet been imposed a defendant may have a legitimate fear of

adverse consequences from further testimony.").

**AFFIRMED.**